**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

    v.                                       Case No. 3:98cr121/RV

**DONALD DARRELL MCCREA**
_____/

**ORDER REDUCING SENTENCE**

    Currently pending is the Government's motion advising the Court of the defendant's substantial assistance under Rule 35(b), Federal Rules of Criminal Procedure. (Doc. 53)  The Government has certified defendant McCrea's continuing substantial assistance in the investigation of prosecution of other individuals, so that a reduction of sentence under Rule 35(b) is warranted.

    Upon consideration, I find that the grounds set out in the Government's motion do constitute substantial assistance within the meaning of Rule 35(b).  Accordingly, defendant McCrea's sentence and judgment entered herein on March 11, 1999, is hereby amended and his sentence of imprisonment is reduced from a term of two hundred sixty-two (262) months, followed by eight (8) years of supervised release, to a term of one hundred thirty-two (132) months as to Counts 1, 2, 3, and 4, all to run concurrent, followed by five (5) years of supervised release as to Counts 1, 2, 3, and 4, all to run concurrent.  In all other respects, the defendant's judgment of March 11, 1999 (doc. 25), remains in full force and effect.

    DONE AND ORDERED this 17th  day of May, 2005.

                                                        */s/ Roger Vinson*
                                                        **ROGER VINSON
Senior United States District Judge**