# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                              CASE NO. 3:98cr121/RV

DONALD DARRELL MCCREA

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   November 10, 2008

Motion/Pleadings:   Motion to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)

Filed by  Defendant         on 4/01/2008        Doc.#  56/57

RESPONSES:

   None                        on              Doc.#

                               on              Doc.#

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  10th  day of  November , 2008, that:*

*(a) The relief requested is DENIED.*

*(b) Amendment 706 has no effect upon the defendant's sentencing guideline range.*

/s/ *Roger Vinson*

**ROGER VINSON**
*Senior United States District Judge*